UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

FRANCIS MARTINEZ,   CASE NO.: 9:17-cv-80395-Middlebrooks/Brannon

  Plaintiff,

vs.

WINSTON TRAILS G.C., LLC,
d/b/a WINSTON TRAILS GOLF CLUB,

  Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, WINSTON TRAILS G.C., LLC, d/b/a WINSTON TRAILS GOLF CLUB ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890